## Frank TATE v. STATE.
### 7 Div. 330.

Supreme Court of Alabama.
May 16, 1935.

Haralson & Son and C. A. Wolfes, all of Fort Payne, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Frank Tate for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tate v. State, 161 So. 456.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.